**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WILLIAM K. MOORE AND
NANCY MOORE
   PLAINTIFF

v.                                    Case Number: 8:11-CV-134-T-27EAJ

ASSET ACCEPTANCE, LLC
   DEFENDANT.
_____/

## NOTICE OF PENDING SETTLEMENT

     Plaintiff, WILLIAM K. MOORE and NANCY MOORE, by and through their undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                              Respectfully submitted,

                                                /s/ Joseph B. Battaglia
                                           G. DONALD GOLDEN, ESQUIRE
                                           Florida Bar No. 0137080
                                           E-Mail: don@brandonlawyer.com
                                           JOSEPH B. BATTAGLIA, ESQUIRE
                                           Florida Bar No. 0058199
                                           E-Mail: joe@brandonlawyer.com
                                           THE GOLDEN LAW GROUP
                                           808-A Oakfield Drive
                                           Brandon, Florida   33511
                                           Telephone:  (813) 413-8700
                                           Facsimile:   (813) 413-8701
                                           Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a true and correct copy of the foregoing **NOTICE OF PENDING SETTLEMENT** has been provided via regular U.S. mail, postage prepaid, or electronically, to the following; on this   2nd   day of  March  , 2011.

Robert M. Horwitz, Esquire, Asset Acceptance, 28405 Van Dyke Ave., Warren, Michigan 48093

                                                /s/ Joseph B. Battaglia
                                           G. DONALD GOLDEN, ESQUIRE
                                           JOSEPH B. BATTAGLIA, ESQUIRE
                                           THE GOLDEN LAW GROUP