**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WILLIAM K. MOORE and  Case Number: 8:11-CV-134-T-27EAJ
NANCY S. MOORE
    Plaintiffs

v.

ASSET ACCEPTANCE, LLC
    Defendant.
_____/

**Plaintiff's Notice of Voluntary Dismissal with Prejudice**

    COMES NOW the Plaintiff, WILLIAM K. MOORE and NANCY S. MOORE, through and by their undersigned attorney, voluntarily discontinue the above entitled action and dismiss the Complaint with prejudice.

Dated:   April 1, 2011          Respectfully submitted,

                                        s/ G. Donald Golden
                                    G. DONALD GOLDEN, ESQUIRE
                                    Florida Bar No. 0137080
                                    E-Mail:  don@brandonlawyer.com
                                    JOSEPH B. BATTAGLIA, ESQUIRE
                                    Florida Bar No. 0058199
                                    E-Mail: joe@brandonlawyer.com
                                    DAVID S. BROMLEY, ESQUIRE
                                    Florida Bar No. 0155349
                                    E-Mail: david@brandonlawyer.com
                                    THE GOLDEN LAW GROUP
                                    808-A Oakfield Drive
                                    Brandon, Florida   33511
                                    Telephone:  (813) 413-8700
                                    Facsimile:   (813) 413-8701
                                    Attorney for Plaintiffs