UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM K. MOORE and
NANCY S. MOORE,

        Plaintiffs,

vs.                               Case No. 8:11-CV-134-T-27EAJ

ASSET ACCEPTANCE, LLC,

        Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiffs' Notice of Voluntary Dismissal With Prejudice (Dkt. 7). In accordance with the Notice and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this cause is **DISMISSED** with prejudice. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers this 4th day of April, 2011.

                                                JAMES D. WHITTEMORE
                                                United States District Judge

Copies to: Counsel of Record